UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SAMUEL LEE, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARDIOVASCULAR ASSOCIATES, P.C.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00092 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Samuel Lee, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Cardiovascular Associates, P.C. without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Kristian Rasmussen*
　　　　　　　　　　　　　　　　　　Kristian Rasmussen
　　　　　　　　　　　　　　　　　　AL Bar No. 1068R64R
　　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN PLLC
　　　　　　　　　　　　　　　　　2701 S Le Jeune Rd. Floor 10
　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　Email: Krasmussen@milberg.com
　　　　　　　　　　　　　　　　　Phone: (786) 206-8306 x 5224
　　　　　　　　　　　　　　　　　Fax: (919) 600-5035

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 5, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Kristian Rasmussen*
Kristian Rasmussen
AL Bar No. 1068R64R